UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IVAN MCKINNEY, | : | Civil Action No. 18-13028 (MAS) (LHG) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| PEREZ, et al., | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith:

**IT IS** on this  25th  day of  September  2020,

**ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Elia Perez (ECF No. 23) is **DENIED**;

**ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Timothy Maines (ECF No. 24) is **DENIED**;

**ORDERED** that the Clerk of the Court shall provide a copy of this Order and accompanying Opinion by regular mail to the Attorney General of the State of New Jersey to advise of the entries of default against these State officers; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and accompanying Opinion on Plaintiff by regular U.S. mail.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**